UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QIAN CHEN,<br><br>                Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                Defendant. | CASE NO. C19-1390-MJP<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiff's applications to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP applications, and Motion Requesting all communication and documents be submitted via the telephone (Dkt. 4) are DENIED. and this case is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 5th day of November, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1